TO: PLAINTIFF'S COUNSEL

# MEMORANDUM



CHAMBERS OF
HON. MARVIN J. GARBIS
UNITED STATES DISTRICT JUDGE
TELE: 410-962-9090
FAX: 410-962-0896

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201

January 29, 2001

Re: No fear v. Sunsations, MJG-95-2394

It appears that No Fear deposited $10,000.00 into the registry of the Court on August 17, 1995.  That sum, plus interest, remains.  If, as I suspect, there is no further need for the Court to hold the funds, please provide a motion to release the funds with a proposed Order directing the Clerk to remit to Plaintiff the $10,000.00 plus accrued interest less any registry fee.

Marvin J. Garbis
United States District Judge